```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                           CASE NO. 04 B 26422
   TYRONE WILLIAMS
   NICKOLE WILLIAMS                              CHAPTER 13

                                                 JUDGE: A BENJAMIN GOLDGAR
         Debtor
   SSN XXX-XX-2902    SSN XXX-XX-7587

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 07/15/2004 and was confirmed 10/05/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  62.90% from remaining funds.

      The case was paid in full 05/19/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
--------------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG        .00            .00             .00
CITIMORTGAGE               MORTGAGE ARRE     135.90            .00          135.90
GREAT  BANK                SECURED          5400.00         347.08         5400.00
GREAT  BANK                UNSECURED        1070.77            .00          673.56
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00             .00
DR GOOT & ROBINSON         UNSECURED       NOT FILED           .00             .00
FORD MOTOR CREDIT          UNSECURED        8678.36            .00         5459.04
GOODYEAR CREDIT CARD PLA   UNSECURED       NOT FILED           .00             .00
JC PENNEY                  UNSECURED       NOT FILED           .00             .00
LERNER SHOPS               UNSECURED       NOT FILED           .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00            .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00            .00             .00
PERSONAL FINANCE           UNSECURED        1918.78            .00         1206.99
CHICAGO DEPT OF REVENUE    UNSECURED       NOT FILED           .00             .00
MIDLAND CREDIT MANAGEMEN   FILED LATE       398.51             .00             .00
INTERNAL REVENUE SERVICE   PRIORITY        1084.64             .00         1084.64
INTERNAL REVENUE SERVICE   UNSECURED OTH     44.23             .00           27.75
ASSET ACCEPTANCE CORP      UNSECURED        527.18             .00          331.62
CITIMORTGAGE               COST OF COLLE       .00             .00             .00
ZALUTSKY & PINSKI LTD      DEBTOR ATTY     2,694.00                        2,694.00
TOM VAUGHN                 TRUSTEE                                         1,039.42
DEBTOR REFUND              REFUND                                            593.25

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE             18,993.25

PRIORITY                                     1,084.64
SECURED                                      5,535.90
    INTEREST                                   347.08

                  PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 26422 TYRONE WILLIAMS & NICKOLE WILLIAMS
```

```
UNSECURED                                              7,698.96
ADMINISTRATIVE                                         2,694.00
TRUSTEE COMPENSATION                                   1,039.42
DEBTOR REFUND                                            593.25
                                 ----------------  ----------------
TOTALS                                 18,993.25         18,993.25
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 08/27/08              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE